UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. RICHARD K. EATON, JUDGE

|  |  |
|---|---|
| DSM NUTRITIONAL PRODUCTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Court No. 18-00070 |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

2. The subject imported merchandise covered by the entries set forth in Schedule A, attached, consists of three different beta-carotene carotene preparations: CaroCare Nat. B-carotene 10% CWS/S; CaroCare Nat. B-carotene 30% S and CaroCare Nat. B-carotene 20% CWS/S-TG.

3. At liquidation, U.S. Customs and Border Protection classified the subject imported merchandise identified in Schedule A under subheading 2106.90.99, Harmonized Tariff Schedules of the United States ("HTSUS"), as "[f]ood preparations

not elsewhere specified or included: Other: Other: Other: Other: Other: Other:," dutiable at 6.4% *ad valorem*.

4. CaroCare Nat. B-carotene 10% CWS/S and CaroCare Nat. B-carotene 20% CWS/S-TG are classifiable as "[p]rovitamins and vitamins, natural or reproduced by synthesis (including natural concentrates), derivatives thereof used primarily as vitamins, and intermixtures of the foregoing, whether or not in any solvent: Other, including provitamins and natural concentrates," under subheading 2936.90.01, HTSUS, free of duty.

5. CaroCare Nat. B-carotene 30% S is classifiable as "[c]oloring matter of vegetable or animal origin (including dyeing extracts but excluding animal black), whether or not chemically defined; preparations as specified in note 3 to the chapter based on coloring matter of vegetable or animal origin: Other," under subheading 3203.00.80, HTSUS, dutiable at 3.1% *ad valorem*.

6. The imported merchandise identified on Schedule A is stipulable in accordance with this agreement.

7. Any refunds payable by reason of this judgment are to be paid with interest provided by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

2

*Stipulated Judgment on Agreed Statement of Facts*
*DSM Nutritional Products, LLC v. United States*, Court No. 18-00070

Respectfully submitted,

By:

*/s/ Erik D. Smithweiss 10/22/2024*

Erik D. Smithweiss
Joseph M. Spraragen
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel.: (212) 557-4000

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Attorney General

PATRICIA M. McCARTHY
Director

*/s/ 10/22/24*
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

*/s/ 10/22/24*
LUKE MATHERS
Trial Attorney
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Tel.: (212) 264-9236

*Attorneys for Defendant*

**IT IS HEREBY ORDERED** that this Action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the subject entries and issue refunds in accordance with the stipulation of the parties set forth above.

Dated:_____                             _____
                                                    Richard K. Eaton, Judge

*Stipulated Judgment on Agreed Statement of Facts*
*DSM Nutritional Products, LLC v. United States*, Court No. 18-00070

## SCHEDULE A TO STIPULATED JUDGMENT

Ports: Chester, PA (1102)

| Protest No. | Entry Number | Line Number | Merchandise Description | Stipulated HTSUS Provision for Reliquidation |
|---|---|---|---|---|
| 1102-17-100091 | WBA-4047028-7 | 4 | CaroCare Nat. B-carotene 10% CWS/S | 2936.90.01 |
| 1102-17-100092 | WBA-4046864-6 | 7 | CaroCare Nat. B-carotene 30% S | 3203.00.80 |
| 1102-17-100093 | WBA-4046855-4 | 10 | CaroCare Nat. B-carotene 20% CWS/S-TG | 2936.90.01 |
| 1102-17-100093 | WBA-4047246-5 | 1 | CaroCare Nat. B-carotene 20% CWS/S-TG | 2936.90.01 |

4



**GRUNFELD · DESIDERIO · LEBOWITZ**
**SILVERMAN & KLESTADT LLP**

NEW YORK
WASHINGTON, DC
LOS ANGELES
HONG KONG

DIRECT DIAL/EMAIL
ESmithweiss@GDLSK.com

Clerk of the Court
United States Court of
International Trade
One Federal Plaza
New York, N.Y. 10278

Dear Sir:

    We are authorized by our client, DSM Nutritional Products, LLC, to request that all refunds due from each entry covered by the Submission on Agreed Statement of Facts and Decision and Judgment in CIT Court No. 18-00070 be sent to the Importer of Record in care of:

        GRUNFELD, DESIDERIO, LEBOWITZ,
        SILVERMAN & KLESTADT LLP
        599 Lexington Avenue, 36th Floor
        New York, New York 10022

    Please place with each entry covered by this Decision and Judgment a copy of the appropriate notice previously furnished to you.

                Sincerely,

                GRUNFELD, DESIDERIO, LEBOWITZ,
                SILVERMAN & KLESTADT LLP


By: /s/ Erik D. Smithweiss
      Erik D. Smithweiss
      Joseph M. Spraragen